# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANGEL N. FARMERIE,            :    No. 18 WM 2016

         Petitioner

        v.

JOHN B. KRAMER, ERA LECHNER &
ASSOCIATES, INC., DOROTHY
HARRISON,  NORTH PITTSBURGH
REALTY, LP, T/D/B/A KELLER WILLIAMS
REALTY,  FELIX J. KRYNICKY, &
METRO SETTLEMENT SERVICES, INC.    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2016, the Petition for Leave to File Petition for

Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.